FILED
U.S. DIST. COURT
SAVANNAH DIV.

2011 JUL 25 AM 9:43

CLERK Rw
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

INGERBERTH C. BAIRD,

Movant,

v.

UNITED STATES OF AMERICA,

Respondent.

Case No. CV410-229
CR403-112

# ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 25th day of July, 2011.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA